UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 07 CR 719 |
| v. | ) | |
| | ) | Magistrate Judge Arlander Keys |
| YAHYA MOHAMMAD | ) | |

**FILED** 11-1-07 NOV 0 1 2007
MAGISTRATE JUDGE ARLANDER KEYS
UNITED STATES DISTRICT COURT

## GOVERNMENT'S MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF ARREST WARRANT

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Honorable Court for entry of an order sealing the application and affidavit in support of the arrest warrant in the above-captioned case until December 1, 2007, or until such earlier time as the Court directs the unsealing of these documents.

The matters contained within the above-described documents relate to an ongoing investigation that involves confidential informants who are cooperating with law enforcement. Disclosure of the fact and nature of this cooperation would compromise any additional covert cooperation by these confidential informants as well as expose the confidential informants to possible retaliation or reprisal by the subjects of the investigation.

Courts are authorized to seal search warrant applications and affidavit and search warrants upon a proper showing. *In re: Eye Care Physicians,* 100 F.3d 514, 518 (1996).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MICHAEL J. FERRARA
Assistant United States Attorney