## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719-1&2 | **DATE** | 11/1/2007 |
| **CASE TITLE** | USA vs. Yahya Mohammad | | |

**DOCKET ENTRY TEXT**

Arrest warrant issued as to Yahya Mohanmmad and Yasin Yasin.    The Government's motion to seal criminal complaint, affidavit and arrest warrant until 12/1/07 is granted.

See attached order

| | Courtroom Deputy Initials: | AC |
|---|---|---|