# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 719-1 | **DATE** | 11/2/2007 |
| **CASE TITLE** | USA vs. Yahya Mohammad | | |

**DOCKET ENTRY TEXT**

The Government's oral motion to dismiss the criminal complaint as to Yahya Mohammad is granted.

| | Courtroom Deputy Initials: | AC |
|---|---|---|